# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

127611

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 127611
                                  COA: 247548
                                  Wayne CC: 02-008915

JIMMY BAUGH,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 28, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005                                             
                                                       Clerk

s1012